IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

STEPHEN C. RIGGS, III,                             Chapter 11
                                                   Case No. 10-30236-WSS
        Debtor.
_____/

**ORDER GRANTING RIGGS' MOTION
TO ADMINISTRATIVELY CLOSE CHAPTER 11 CASE**

THIS CASE came on for consideration without hearing on *Riggs' Motion to Administratively Close Chapter 11 Case* (Doc. No. 514) (the "**Motion**"). The Court has considered the Motion, together with the record, and noting the absence of any objection by J. Steven Ford, as the Disbursing Agent or counsel for the United States Trustee, has determined is appropriate to grant the relief requested. The Court finds that the *Amended Chapter 11 Plan of Stephen C. Riggs, III* (Doc. No. 228) (the "Plan") has been substantially consummated in accordance with Section 1101(2) of the Bankruptcy Code, and the estate has been fully administered, except for the completion of all plan payments.

Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

2. This Chapter 11 case is hereby ADMINISTRATIVELY CLOSED.

3. This Order shall not constitute an order closing this case for purposes of purposes of 28 U.S.C. § 1930 Appendix (11), Section 362(c)(2)(A) of the Bankruptcy Code, or Rule 4006 of the Federal Rules of Bankruptcy Procedure.

4. As set forth in Section 1141(a) of the Bankruptcy Code, the provisions of the confirmed Plan and *Order Confirming Amended Chapter 11 Plan of Stephen C. Riggs, III* (Doc. No. 315) shall continue to bind Riggs, the creditors, and other parties in interest.

**DONE** and **ORDERED:**

Dated:    **March 29, 2012**

*/s/ William S. Shulman*
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE